IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NL ENTERPRISES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED PACIFIC PET, LLC,<br><br>        Defendant. | **4:15CV3163**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Robert Rossiter to withdraw as counsel of record for Defendant United Pacific Pet, LLC, (filing no. 64), is granted.

July 5, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge