IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NL ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PACIFIC PET, LLC,<br><br>    Defendant. | 4:15CV3163<br><br>**ORDER** |

After conferring with the parties on the record, (Filing No. 129),

IT IS ORDERED that as to those discovery matters discussed on the record on October 13, 2016, any motion to compel shall be filed on or before October 17, 2016, with any response filed on or before October 20, 2016.

October 14, 2016.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge