IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NL ENTERPRISES, LLC, | |
| Plaintiff, | 4:15-CV-3163 |
| vs. | JUDGMENT |
| UNITED PACIFIC PET, LLC, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, this matter is dismissed with prejudice, each party to pay its own costs, complete record waived.

Dated this 17th day of February, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge